IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COLLIE HILL<br>　　Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | CASE NO. 2:18-CV-154 |
| GREENLEAF RESOURCES, INC.<br>　　Defendant | §<br>§<br>§ | JURY DEMANDED |

**PLAINTIFF'S MOTION FOR NONSUIT WITHOUT PREJUDICE**

TO THE HONORABLE JUDGE:

　　Plaintiff, COLLIE HILL, moves this Court to dismiss his claims for relief against Defendant, GREENLEAF RESOURCES, INC., without prejudice to the refiling of the same, and in support thereof would respectfully show the Court as follows:

I.

　　Plaintiff, COLLIE HILL, no longer desires to prosecute his suit against this Defendant at this time and wishes to be dismissed without prejudice to the refiling of same.

　　PREMISES CONSIDERED, Plaintiff, COLLIE HILL, requests this Court to enter an order dismissing this suit without prejudice to the refiling of the same and at Plaintiff's cost.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/Blake C. Erskine
　　　　　　　　　　　　　　　　　　Blake C. Erskine
　　　　　　　　　　　　　　　　　　TX SBN: 06649000
　　　　　　　　　　　　　　　　　　blakee@erskine-mcmahon.com
　　　　　　　　　　　　　　　　　　ERSKINE & MCMAHON, LLP
　　　　　　　　　　　　　　　　　　P.O. Box 3485
　　　　　　　　　　　　　　　　　　Longview, Texas 75606
　　　　　　　　　　　　　　　　　　Ph: (903)757-8435
　　　　　　　　　　　　　　　　　　Fax: (903) 757-9429

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been forwarded via facsimile, this 12th day of December 2018, as follows:

Stephen Marsh
AYIK & ASSOCIATES
1301 East Collins Blvd, Suite 490
Richardson, Texas 75081
Facsimile: (214)570-6262


/s/Blake C. Erskine
Blake C. Erskine

## CERTIFICATE OF CONFERENCE

I hereby certify that I have complied with Local Rule CV-7H, and co-counsel for Plaintiff Collie Hill and emailed Defendant Counsel for Greenleaf Resources, Inc., Stephen Marsh and the parties are unopposed to this Motion for Non-Suit without Prejudice.

/s/Blake C. Erskine