IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COLLIE HILL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:18-CV-00154-JRG |
| § | |
| GREENLEAF RESOURCES, INC., § | |
| REYNOLDS & KAY, LTD., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff Collie Hill's ("Plaintiff") Unopposed Motion to Dismiss Without Prejudice. (Dkt. No. 28.) Having considered the Unopposed Motion, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims asserted between Plaintiff and Defendant Greenleaf Resources, Inc. are **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that all costs, expenses and attorney's fees are to be borne by the party that incurred them. Any pending motions or other matters presently unresolved by the court are denied as moot. The Clerk is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 17th day of December, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE